Carolyn Taylor, Esq. (SBN 159347)
ctaylor@mpplaw.com
Tammara N. Tukloff, Esq. (SBN 192200)
ttukloff@mpplaw.com
**MORRIS POLICH & PURDY LLP**
600 W. Broadway, Suite 500
San Diego, CA 92101
Telephone:  (619) 557-0404
Facsimile:   (619) 557-0460

Attorneys for Defendants
BRENN DISTRIBUTION, INC. f/k/a
PROPST DISTRIBUTION, INC. f/k/a
QUALITEST PHARMACEUTICALS, INC.; and
BRENN MANUFACTURING, INC. f/k/a
VINTAGE PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| EDWARD BALTAZAR, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>Defendants. | CASE NO.: 1:12-CV-01917-AWI-BAM<br><br>**STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT PENDING RESOLUTION OF MOTION TO REMAND; ORDER** |

    WHEREAS, Plaintiffs' Complaint was filed in Fresno County Superior Court on November 15, 2012;

    WHEREAS, this action was removed by Defendants BRENN DISTRIBUTION, INC. f/k/a PROPST DISTRIBUTION, INC. f/k/a QUALITEST PHARMACEUTICALS, INC. and BRENN MANUFACTURING, INC. f/k/a

VINTAGE PHARMACEUTICALS, INC. to the United States District Court for the Eastern District of California on November 26, 2012 [Docket No. 1];

WHEREAS, Plaintiffs filed a Motion to Remand on January 31, 2013 [Docket No. 9], and the hearing on Plaintiffs Remand Motion set for March 15, 2013 has been stayed pending a decision from the MDL;

WHEREAS, various defendants have been served in the intervening time period with response deadlines likely to occur prior to the ruling on the pending motion to remand;

IT IS HEREBY AGREED AND STIPULATED by and between Defendants and Plaintiffs, through their respective attorneys of record, that:

In the interest of judicial economy, and upon the Court's entry of an order upon this stipulation (Proposed Order submitted concurrently herewith), any Defendants who have an upcoming deadline to respond to the Complaint shall have that deadline continued until thirty (30) days after the entry of any court order denying Plaintiffs' Motion to Remand.  If Plaintiffs' Remand Motion is granted, the parties agree that the time for Defendants to respond to the Complaint shall be governed by the California Code of Civil Procedure, stipulation of counsel, and/or other court order.

Dated:  April 4, 2013              **KHORRAMI LLP**

                            By:  /s/ Elise Rochelle Sanguinetti_____
                              (as authorized on 04/04/2013)
                              Elise Rochelle Sanguinetti
                              Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated:  April 4, 2013 | **MORRIS POLICH & PURDY LLP** |
| 2 | | |
| 3 | | By: /s/ Tammara N. Tukloff_____ |
| 4 | | Carolyn Taylor |
| | | Tammara N. Tukloff |
| 5 | | Attorneys for Defendants |
| 6 | | BRENN DISTRIBUTION, INC. f/k/a |
| | | PROPST DISTRIBUTION, INC. f/k/a |
| 7 | | QUALITEST PHARMACEUTICALS, |
| | | INC.; and BRENN MANUFACTURING, |
| 8 | | INC. f/k/a VINTAGE |
| 9 | | PHARMACEUTICALS, INC. |
| 10 | | |
| 11 | Dated:  April 4, 2013 | **GOODMAN NEUMAN HAMILTON LLP** |
| 12 | | |
| 13 | | By: /s/  Patricia L. Bonheyo_____ |
| | | (as authorized on 04/04/2013) |
| 14 | | Farley J. Neuman |
| 15 | | fneuman@gnhllp.com |
| | | Pavan L. Rosati |
| 16 | | prosati@gnhllp.com |
| 17 | | Patricia L. Bonheyo |
| | | pbonheyo@gnhllp.com |
| 18 | | 417 Montgomery Street, 10th Floor |
| 19 | | San Francisco, CA 94104 |
| | | Tel. (415) 705-0400 |
| 20 | | Fax. (415) 705-0411 |
| 21 | | Attorneys for Defendant |
| | | MCKESSON CORPORATION |

```
 1  Dated:  April 4, 2013              SEEGER SELVAS LLP
 2
 3                                     By:__/s/ Adam R. Salvas_____
                                           (as authorized on 04/04/2013)
 4                                         Kenneth M. Seeger
                                           kseeger@seegersalvas.com
 5                                         Adam R. Salvas
                                           asalvas@seegersalvas.com
 6                                         455 Market Street, Suite 1530
 7                                         San Francisco, CA 94105
                                           Tel. (415) 981-9260
 8                                         Fax. (415) 981-9266
 9                                         Attorneys for Defendants
10                                         VINTAGE PHARMACEUTICALS, LLC;
                                           GENERICS INTERNATIONAL (US), INC.;
11                                         GENERICS BIDCO I, LLC; GENERICS
12                                         BIDCO II, LLC; GENERICS
                                           INTERNATIONAL (US PARENT), INC.;
13                                         ENDO PHARMACEUTICALS, INC.; and
                                           ENDO PHARMACEUTICALS HOLDINGS,
14                                         INC.
15
16
17  Dated:  April 4, 2013              SEDGWICK LLP
18
19                                     By:__/s/ Christopher P. Norton_____
                                           (as authorized on 04/04/2013)
20                                         Karen Woodward
                                           karen.woodward@sedgwicklaw.com
21                                         Christopher P. Norton
22                                         christopher.norton@sedgwicklaw.com
                                           801 S. Figueroa Street, 19th Floor
23                                         Los Angeles, CA  90017
                                           Tel. (213) 426-6900
24                                         Fax. (213) 426-6921
25                                         Attorneys for Specially Appearing Defendant
                                           XANODYNE PHARMACEUTICALS, INC.
26
27
28
    12cv01917.o.baltazar.stip.order.BAM.DCL        4            1:12-CV-01917-AWI-BAM
              STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME
                TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER
```

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  April 4, 2013 | **SPENCER, LLP** |
| 3 | | **PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP** |
| 4 | | |
| 5 | | By: /s/ Emily J. Hicks_____ |
| 6 | | (as authorized on 04/04/2013) |
| 7 | | Julian G. Senior (SBN 219098) |
| | | jsenior@spencerllp.com |
| 8 | | David C. Shay (SBN 241702) |
| | | dshay@spencerllp.com |
| 9 | | SPENCER, LLP |
| 10 | | 1600 Rosecrans Ave., Bldg. 7 – Ste. 320 |
| | | Manhattan Beach, CA 90266 |
| 11 | | Tel. (310) 727-3330 |
| 12 | | Fax. (310) 727-3331 |
| 13 | | Emily J. Hicks (SBN 232155) |
| 14 | | ejh@pietragallo.com |
| | | PIETRAGALLO GORDON ALFANO |
| 15 | | BOSICK & RASPANTI, LLP |
| 16 | | One Oxford Centre, 38th Floor |
| | | Pittsburgh, PA 15219 |
| 17 | | Tel. (412) 263-4356 |
| 18 | | Fax. (412) 263-4247 |
| 19 | | Attorneys for Defendants |
| 20 | | MYLAN INC. and MYLAN PHARMACEUTICALS INC. |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1  Dated:  April 4, 2013                    **GORDON & REES LLP**

3                                            By:  /s/ Kai Peters_____
                                                  (as authorized on 04/04/2013)
4                                                 Kai Peters (SBN 198516)
                                                  kpeters@gordonrees.com
5                                                 275 Battery Street, Suite 2000
                                                  San Francisco, CA 94111
6                                                 Tel. (415) 986-5900
                                                  Fax. (415) 986-8054
7                                                 Attorneys for
8                                                 CORNERSTONE BIOPHARMA
                                                  HOLDINGS, INC.

### ORDER

Based on the above stipulation, and for good cause shown, the Court finds the Stipulated Request is **GRANTED**.  Accordingly, it is hereby **ORDERED** that:

1. The deadline for any Defendant to respond to the Complaint shall be continued until thirty (30) days after the entry of any order of this Court which denies Plaintiffs' Motion to Remand; and

2. Should Plaintiffs' Remand Motion be granted, Defendants' time to respond to the Complaint shall be governed by the California Code of Civil Procedure, stipulation of counsel, and/or other court order.

IT IS SO ORDERED.

Dated:   **April 10, 2013**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

12cv01917.o.baltazar.stip.order.BAM.DCL              6                    1:12-CV-01917-AWI-BAM
STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER