1  Karen Woodward
   Christopher P. Norton
2  Sedgwick LLP
   801 South Figueroa Street
3  20th Floor
   Los Angeles, CA 90017
4  Phone:  (213) 426-6900
   Fax:    (213) 426-6921
5  Email: karen.woodward@sedgwicklaw.com
   Email: christopher.norton@sedgwicklaw.com
6
   *Attorneys for Xanodyne Pharmaceuticals, Inc.*
7
   *(Additional counsel on next page)*
8

9                **UNITED STATES DISTRICT COURT**

10               **EASTERN DISTRICT OF CALIFORNIA**

11

12  | EDWARD BALTAZAR et al., | CASE NO. 1:12-cv-1917-LJO-SKO |
|---|---|
| Plaintiffs, | **JOINT STIPULATION RE: MOTION TO TRANSFER BRIEFING SCHEDULE AND STAY** |
| vs. | |
| MCKESSON CORPORATION, et al., | JUDGE:   Hon. Lawrence O'Neill |
| Defendants. | DATE FILED:     November 15, 2012<br>DATE REMOVED: November 26, 2012<br>TRIAL DATE:     None Set |

| | |
|---|---|
| 1 | Jennifer A. Lenze (CA#246858) |
| | Laurie E. Kamerrer (CA #281137) |
| 2 | Jaime E. Moss, Esq. (CA # 285761) |
| | Lenze Kamerrer Moss, PLC |
| 3 | 1300 Highland Ave., Suite 207 |
| | Manhattan Beach, CA 90266 |
| 4 | Tel: (310) 322-8800 |
| | Fax: (310) 322-8811 |
| 5 | jlenze@lkmlawfirm.com |
| | kamerrer@lkmlawfirm.com |
| 6 | moss@lkmlawfirm.com |
| | *Attorneys for Plaintiffs* |
| 7 | |
| | Matthew J. Sill (OK #21547) |
| 8 | (*Pro hac Vice Application Pending*) |
| | Sill Law Group, PLLC |
| 9 | 14005 N. Eastern Avenue |
| | Edmond, OK  73103 |
| 10 | Phone: (405) 509-6300 |
| | Fax:  (405) 509-6268 |
| 11 | matt@sill-law.com |
| | *Attorneys for Plaintiffs* |
| 12 | |
| 13 | / / / |
| 14 | / / / |
| 15 | / / / |
| 16 | / / / |
| 17 | / / / |
| 18 | / / / |
| 19 | / / / |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

JOINT STIPULATION RE: MOTION TO TRANSFER

Pursuant to this Court's February 26, 2016 Minute Order [Dkt. No. 51], Plaintiffs and Defendants in the above captioned case hereby stipulate and agree as follows regarding Defendants' anticipated motion to transfer:

WHEREAS, Defendants intend to file a motion to transfer this action to the Eastern District of Kentucky pursuant to 28 U.S.C. § 1404;

WHEREAS, Defendants and Plaintiffs have conferred, and agreed to the following briefing schedule for Defendants' motion to transfer: (1) Defendants' motion to be filed on or before March 25, 2016 (2) Plaintiffs' response to be filed on or before April 8, 2016; (3) Defendants' reply to be filed on or before April 15, 2016; the motion shall be heard on April 28, 2016, at 8:30 a.m., subject to the availability of the Court;

WHEREAS, the parties agree that discovery and any Rule 26 disclosure obligations should be stayed pending resolution of Defendants' motion to transfer to be set if the cases remain;

WHEREAS, the parties further agree that Defendants' responsive pleading deadlines shall remain stayed until the issue of transfer is resolved and then shall be set for some reasonable time should the cases remain;

DATED: March 11, 2016           Respectfully submitted,

**SEDGWICK LLP**

By: */s/ Christopher Norton*
Karen Woodward
Christopher P. Norton
Attorneys for Defendant,
Xanodyne Pharmaceuticals Inc

/ / /

/ / /

/ / /

**LENZE KAMERRER MOSS, PLC**

By: */s/ Jennifer A. Lenze*
Jennifer A. Lenze (CA#246858)
Laurie E. Kamerrer (CA #281137)
Jaime E. Moss, Esq. (CA # 285761)
Attorneys for Plaintiffs

**PEARSON RANDALL & SCHUMACHER PA**

By: */s/ Stephen J. Randall*
Stephen J Randall CA # 165025
310 4th Avenue South, Suite 5010
Minneapolis, MN  55415
T;  612-767-7500
F:  612-767-7501
Attorneys For Plaintiff

**WRIGHT AND SCHULTE LLC**

By: */s/ Stephen Behnke*
Stephen Behnke CA# 225836
865 S. Dixie Drive
Vandalia, OH 45377
T:  937-435-7500
F: 937-435-7511

**REED SMITH LLP**

By: */s/ James M. Neudecker*
James M. Neudecker
Attorneys for Defendant
Eli Lilly and Company, a corporation

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

83046688v1

4

JOINT STIPULATION RE: MOTION TO TRANSFER

**MORRIS POLICH & PURDY LLP**

By: */s/ Tammara N. Bokmuller*
Tammara N. Bokmuller, Esq.
Carolyn Taylor, Esq.
MORRIS POLICH AND PURDY LLP
600 West Broadway, Suite 500
San Diego, CA 92101
Attorneys for Defendants,
Brenn Distribution, Inc. fka Propst Distribution, Inc. fka Qualitest Pharmaceuticals, Inc.; and Brenn Manufacturing, Inc. fka Vintage Pharmaceuticals, Inc.

**SILL LAW GROUP PLLC**

By: */S/ Matthew Sill*
Matthew J. Sill (OK#21547)
(*Pro hac Vice Application Pending*)
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION,**

IT IS SO ORDERED.

Dated:   **March 12, 2016**         /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

83046688v1

5

JOINT STIPULATION RE: MOTION TO TRANSFER